IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DUSHUN D. ROBINSON,**

   *Plaintiff*,

v.                                     Case No.: 4:23cv352-MW/MAF

**DEPUTY HILL, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** as a shotgun pleading and because Plaintiff failed to comply with a Court order." The Clerk shall close the file.

   **SO ORDERED on October 18, 2023.**

                                             s/Mark E. Walker          
                                             **Chief United States District Judge**